## THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| GeoVera SPECIALTY INSURANCE COMPANY | |
| Plaintiff | |
| VS. | NO: 4:08CV00163 SWW |
| GRAHAM ROGERS, ET AL. | |
| Defendants | |

## **JUDGMENT**

Consistent with orders entered July 7, 2008 (docket entry #32), November 4, 2008 (docket entry #53), August 7, 2009 (docket entry #98), and the order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE