**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| GeoVera SPECIALTY INSURANCE COMPANY | * * * | |
| Plaintiff | * * | |
| VS. | * * | NO: 4:08CV00163   SWW |
| GRAHAM ROGERS, INC., EAST CENTRAL ARKANSAS INSURANCE, INC., and JERRY REEVES | * * * * | |
| Defendants | * | |

## ORDER

Before the Court is a motion for attorneys' fees and costs (docket entry #121) by Defendant Graham Rogers, Inc. ("Graham Rogers"), seeking $44,323 in attorneys' fees and $198.80 in costs. Plaintiff GeoVera Specialty Insurance Company ("GeoVera") has filed a response in opposition (docket entry #124), and Graham Rogers has filed a reply (docket entry #12). To substantiate the requested rate and hours expended, Graham Rogers presents the affidavit of attorney M. Stephen Bingham and offers to provide an itemized billing statement. The Court finds that such data would be helpful to its review and therefore requests that Graham Rogers submit the aforementioned documentation within 10 days from the entry date of this order.

In its response, GeoVera requests a fact-finding hearing. Rule 54(d)(2)(C) provides that on a party's request, the Court must "give an opportunity for adversary submissions on the motion in accordance with rule 43(c) or 78." Accordingly, GeoVera may file a supplemental response in opposition to GeoVera's motion for attorneys' fees after Graham Rogers has filed

the aforementioned documentation.  In the event that the Court determines that an oral, fact-finding hearing would be helpful, such a hearing will be scheduled by separate order.

IT IS THEREFORE ORDERED that Defendant Graham Rogers, Inc. has up to and including ten (10) days from the entry date of this order in which to file documentation in support of its motion for attorneys' fees.

IT IS FURTHER ORDERED that Plaintiff GeoVera Specialty Insurance Company has up to and including ten (10) days following Graham Rogers' submission in which to file a supplemental response.

IT IS SO ORDERED THIS   22ND   DAY OF JULY, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE