IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| GeoVera SPECIALTY INSURANCE COMPANY | * * * * | |
| Plaintiff | * * | NO: 4:08CV00163   SWW |
| VS. | * * * | |
| GRAHAM ROGERS, Inc., ET AL. | * * * | |
| Defendants | * | |

**JUDGMENT**

By order entered January 30, 2012 (docket entry #187), the Court granted summary judgment in Plaintiff's favor as to Plaintiff's breach of contract claim against Separate Defendant Graham Rogers, Inc. ("Graham Rogers").[1]  Plaintiff settled  claims against Separate Defendants Jerry Reeves and East Central Arkansas Insurance, Inc., and the Court entered summary judgment in favor of Third-Party Defendant GeoVera Specialty Insurance Services, Inc. Finally, by order entered October 24, 2012,  the Court granted Graham Rogers' motion to dismiss without prejudice the sole remaining claims: Graham Rogers' cross-claims against Jerry Reeves and East Central Arkansas Insurance, Inc.

Consistent with the aforementioned  Orders, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is hereby entered in favor of Plaintiff GeoVera Specialty

---

[1] By previous orders, the Court had dismissed Plaintiff's additional claims against Separate Defendant Graham Rogers.

Insurance Company and against Separate Defendant Graham Rogers in the principal amount of $765,708.34,[2] together with pre-judgment interest of $269,278 and post-judgment interest from the date of this judgment until paid a the rate of .19% per annum as provided by law.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[2] The principal amount takes into account a $20,000 offset for Plaintiff's settlement with Separate Defendants East Arkansas Insurance, Inc. and Jerry Reeves.